UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ANTHONY STEPHENS,<br><br>            Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, Warden,<br><br>            Respondent. | NO. EDCV 09-00191 SS<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 15, 2011

                                            /S/
                              _____
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE