**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL ANTHONY STEPHENS,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>KELLY HARRINGTON, Warden,<br><br>　　　　　Respondent. | ) NO. EDCV 09-00191 SS<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 15, 2011

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE